```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10654
    PAUL G FREITAG
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5486


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/14/2007 and was not confirmed.

    The case was dismissed without confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
CRYSAL TREE HOMEOWNERS A  SECURED NOT I          .00          .00          .00
ERIC BOEHM                SECURED VEHIC    35000.00          .00          .00
ERIC BOEHM                UNSECURED        64717.98          .00          .00
ERIC BOEHM                SECURED NOT I          .00          .00          .00
OPTION ONE MORTGAGE       CURRENT MORTG          .00          .00          .00
OPTION ONE MORTGAGE       MORTGAGE ARRE    29400.00          .00          .00
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED          .00          .00
UNITED STATE POSTAL SERV  UNSECURED       NOT FILED          .00          .00
FREEDOM CARD GOLD MASTER  UNSECURED          204.78          .00          .00
CAPITAL ONE               UNSECURED         6464.17          .00          .00
CBCS                      NOTICE ONLY     NOT FILED          .00          .00
CDA PONTIAC               NOTICE ONLY     NOT FILED          .00          .00
CHARTER ONE BANK          NOTICE ONLY     NOT FILED          .00          .00
TINLEY DENTAL GROUP       UNSECURED       NOT FILED          .00          .00
SBC AMERITECH             UNSECURED       NOT FILED          .00          .00
AFFIRMATIVE INSURANCE     UNSECURED       NOT FILED          .00          .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED          .00          .00
PALOS HEIGHTS FIRE PROTE  UNSECURED       NOT FILED          .00          .00
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED          .00          .00
LEASE FINANCE GROUP       UNSECURED       NOT FILED          .00          .00
LVNV FUNDING              UNSECURED       NOT FILED          .00          .00
LVNV FUNDING              UNSECURED       NOT FILED          .00          .00
MERCHANTS CREDIT GUIDE C  UNSECURED       NOT FILED          .00          .00
AT&T CORP                 UNSECURED       NOT FILED          .00          .00
AT&T CORP                 UNSECURED       NOT FILED          .00          .00
NICOR GAS                 UNSECURED         1543.85          .00          .00
DIAMOND POOL SPA          UNSECURED       NOT FILED          .00          .00
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED          .00          .00
TCF BANK                  UNSECURED       NOT FILED          .00          .00
MCI COMMUNICATIONS        UNSECURED       NOT FILED          .00          .00
MCI COMMUNICATIONS        UNSECURED       NOT FILED          .00          .00
VILLAGE OF LANSING        UNSECURED       NOT FILED          .00          .00
VILLAGE OF MATTESON       UNSECURED       NOT FILED          .00          .00
RMI/MCSI                  UNSECURED         5000.00          .00          .00
ROUNDUP FUNDING LLC       UNSECURED         1244.76          .00          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10654 PAUL G FREITAG
```

```
ROUNDUP FUNDING LLC      UNSECURED        314.55              .00              .00
CDA PONTIAC              UNSECURED       1005.00              .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED       3415.49              .00              .00
CYNTHIA G FEELEY         NOTICE ONLY   NOT FILED              .00              .00
ILLINOIS DEPT OF REV     PRIORITY       5172.93              .00              .00
ILLINOIS DEPT OF REV     UNSECURED       765.36              .00              .00
DANIEL J WINTER          DEBTOR ATTY   1,804.00                          1,804.00
TOM VAUGHN               TRUSTEE                                           123.36
DEBTOR REFUND            REFUND                                            222.64
```

         Summary of Receipts and Disbursements:
```
----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE               2,150.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             1,804.00
TRUSTEE COMPENSATION                         123.36
DEBTOR REFUND                                222.64
                      ---------------    ---------------
TOTALS                2,150.00             2,150.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/27/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE